THE STATE OF OHIO, APPELLEE, *v.* SANDERS, APPELLANT.

[Cite as *State v. Sanders* (1996), 75 Ohio St.3d 607.]

(No. 96–205—Submitted May 7, 1996—Decided June 19, 1996.)

*Stephanie Tubbs Jones,* Cuyahoga County Prosecuting Attorney, and *Sherry F. McCreary,* Assistant Prosecuting Attorney, for appellee.

*David H. Bodiker,* Ohio Public Defender, and *Timi J. Townsend,* Assistant Public Defender, for appellant.

*Per Curiam.* We affirm the judgment of the court of appeals denying appellant's application for reopening. Appellant has failed to establish the existence of a colorable claim of ineffective assistance of appellate counsel under *Strickland v. Washington* (1984), 466 U.S. 668, 104 S.Ct. 2052, 80 L.Ed.2d 674.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.